UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JAMES ALOYSIOUS WIESELER, | Civil Nos. 18-217 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| EDDIE MILES, | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| Defendant, | |

_____

James Aloysious Wieseler, 411 E 6th Street, Fairmont, MN 56031, for plaintiff.

Daniel Ganin, **MINNESOTA DEPARTMENT OF CORRECTIONS,** 1450 Energy Park Drive. Suite 200, St. Paul, MN 55108, Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134  for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. That the Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED**.

2. This matter is **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

3. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 20, 2018          s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
                               Chief Judge
                               United States District Court